EMELINE BOWERS, Appellant, *v.* WILLIAM C. SMITH et al., as Executors, etc., Respondents.

(Argued February 3, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 12, 1888, which affirmed a judgment in favor of defendants entered upon the report of a referee.

*W. Frothingham* for appellant.

*Edwin Countryman* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.